the respondent has already done toward compliance with the order of the Board prior to entry of this Court's decree will not be required to be redone, and only such things, if any, as have been left undone will be required to be done.

**Melvin Herman PHILLIPS, Appellant, v. UNITED STATES of America.**

No. 14328.

United States Court of Appeals
Eighth Circuit.

March 12, 1951.

Melvin Herman Phillips, pro se.

PER CURIAM.

Motion of Appellant for leave to perfect appeal in forma pauperis from Order of the District Court denied and appeal dismissed.

**L. D. ROACH, as Administrator of the Estate of Arno Liebscher, Deceased, Appellant, v. MATANUSKA VALLEY FARMER'S COOPERATING ASSOCIATION, a Corporation, Appellee.**

No. 12589.

United States Court of Appeals
Ninth Circuit.

April 16, 1951.

Rehearing Denied May 21, 1951.

Bailey E. Bell, Anchorage, Alaska, for appellant.

Davis & Renfrew, Anchorage, Alaska, for appellee.

Before HEALY and ORR, Circuit Judges, and LEMMON, District Judge.

PER CURIAM.

The judgment in this case is affirmed for the reasons given in the opinion of District Judge Dimond, reported in 87 F.Supp. 641, 12 Alaska 512.

**Daniel L. ROBERSON, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 13511.

United States Court of Appeals
Fifth Circuit.

April 23, 1951.

No appearance entered on behalf of appellant.

Harvey H. Tisinger, Asst. U. S. Atty., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

It appearing that, pending this appeal from a judgment denying his petition for habeas corpus, appellant has been released and that the questions the appeal raises have become moot, the judgment appealed from is reversed with directions to dismiss the petition as moot.

**Charles Carlton ROPER, Jr., Appellant, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.**

No. 13515.

United States Court of Appeals
Fifth Circuit.

April 23, 1951.

No appearance entered on behalf of appellant.

Harvey H. Tisinger, Asst. U. S. Atty., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

Appellant is here appealing from an order denying his petition for habeas corpus. An examination of the record disclosing that the claim of petitioner below was entirely without merit, and that the judgment denying his petition was right, the judgment is affirmed.

**Otis SPENCER, Petitioner, v. UNITED STATES DISTRICT COURT FOR DISTRICT OF MINNESOTA.**

No. 14333.

United States Court of Appeals
Eighth Circuit.

March 14, 1951.

Otis Spencer, pro se.

PER CURIAM.

Motion and Supplemental Motion of Petitioner for order to be issued to District Court to show cause why it dismissed motion of petitioner to vacate sentence, etc., denied.

**Bernard Hubert TABOR, Appellant, v. W. H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

No. 13542.

United States Court of Appeals
Fifth Circuit.

April 23, 1951.

Bernard H. Tabor, in pro. per.

Harvey H. Tisinger, Asst. U. S. Atty., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

Appellant is here appealing from an order denying his petition for habeas corpus. An examination of the record disclosing that the claim of petitioner below was entirely without merit, and that the judgment denying his petition was right, the judgment is affirmed.

**In re Earl W. TAYLOR, Petitioner.**

No. 14331.

United States Court of Appeals
Eighth Circuit.

March 12, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Petition of Petitioner for Review and/or Complaint for Declaratory Judgment, etc., dismissed for want of jurisdiction.

**Earl W. TAYLOR, Petitioner, v. BOARD OF EXAMINERS AT AND FOR U. S. MEDICAL CENTER, SPRINGFIELD, MO.**

No. 14330.

United States Court of Appeals
Eighth Circuit.

March 12, 1951.

Earl W. Taylor, pro se.

PER CURIAM.

Application of Petitioner for Writ of Prohibition against Board of Examiners at and for the United States Medical Center, Springfield, Missouri, denied for want of jurisdiction.